1  ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
   2044 First Avenue, Suite 200
2  San Diego, California 92101
   Telephone: (619) 233-7521
3  Facsimile:  (619) 233-4516

4  Attorney for Material Witness, Cijifredo BENITEZ-Ayvar

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No.: 07CR2205 |
|---|---|
| | ) Magistrate Case No:  07MJ1839 |
| Plaintiff, | ) |
| | ) |
| vs. | ) Order to Exonerate the Appearance Bond for |
| | ) the Material Witness and Disburse the Bond |
| | ) Funds |
| RUBEN GARCIA-CRUZ (1), ALFONSO | ) |
| GARCIA-CRUZ (2), FERNANDO | ) |
| AGUIRRE-MARTINEZ (3), | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Cijifredo BENITEZ-Ayvar is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

**Alfredo Reyes**
**768 S. "F" Street**
**Oxnard, CA 93030**

Dated: October 18, 2007          _____
                                  U. S. Magistrate Judge

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28